SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 11 2017
BY _____ ARTHUR JOHNSTON _____ DEPUTY

Thomas Pinkston
( Plaintiff's name )   3.17-cv-665 DCB-LRA
VS
Defendant (s) Kasai - Mr. Peter - Ms. Harris

Comes Now, plaintiff Thomas pro se,
and for cause of action against the defendance,
Kasai, Mr. Peter, Ms. Harris, would state;

Jurisdiction

I was accused of not reaching out to
my supervisor. I was leaving work do to
my moms Lupus illness. On that following
Monday I was told to report to HR do to
issue. On 7-17-17 I was ask to leave work
until further notice. Till this day 8-7-17 I
haven't been ask to come back to work from
Ms. Harris the HR manager. I've have
live proof of company breaking there owe
contract policy alot with me thanks
for your concern!

Plaintiff is an adult resident citizen
of County of Hinds, State of Mississippi
The defendant Thomas is an adult
resident citizen of County of Hinds
State of Jackson ( The plaintiff will need
to provide this information for each
of Thomas. Doing the company shutdown

we wasn't paid for the two weeks unless we had either vacation or pto time. I didn't have many due to my house fire trying to get my family back home. I used most of the time I had because I used to work ~~out~~ on my house alot plus work 12 hours an day till my boss cut my time. So I used to be so tired and working so hard to make sure my family and kids ok. I been so honest to the Company and have awards for my work ~~at~~ I've been lied to and lied on for being productive hardworking guy ~~at to~~ that honestly been done wrong by the company manager management.

Belief                    Thoma Pitt
pain and suffering/stress        750 Winn Street
backwayes and overtime    Jackson Ms. 39204
Discrimination of work place/showing favorism
can prove it by camera at work place
and time clock

Nisson Supplies Co. Kasai North America INC
435 Church RD
Madison Ms 39110
601-407-6000

Attention          Thomas Pinkston

On the day Ms. Harris called me
due to her ~~des~~ why he just my vacation
hour on the 10, of July I failed to
contact Mr. Peter on that day. Yet and still
he approved it without me knowing, but
fail to put to my PTO hours in for July
14th to say I didn't contact him when
~~he~~ did and he always use my PTO
hours if I had them. I had five hours
left which wouldve left me .25 vacation
and 1.25 PTO who he planned to
get me ~~fire~~ and they know I'm in
a very hardship matter. My family
kids have another child less than
two weeks. My mom illness slowly
killing her today I can even buy
a simple meal for her now. One
this note on my honest truly facts
I really want the jury or judge
to decide, on this matter truetfully.

RECEIVE
JUL 31 2017
U.S. EEOC/J



RECEIVED

JUL 3 1 2017

page 1

U.S. EEOC/JAO

To whom it may concern, my
name is Thomas Pinkston and I
where award for MET production.
I was sent home due to my
boss Peter second shift supervisor,
by HR due to decision, she still
haven't said that I was completely
fired from my job title and
I feel she miss handle my sitution.
But I can prove my boss falsely
reported I didn't let him know
my mom was very sick Friday
14 day of July. I also have
vacation hours and Pto hours
to cover my time like always
he do and the system cell prove
that. I can also prove I didn't
get in contact with him Monday
but he approve me for vacation
without me knowing but I thought
we always had that understanding
becawse he always approve
my vecation or pto. But Monday
on the 17 of July I was

page 2

called to the office for not
reporting I'm going to check
on my dying and sick mother
she also told me she tried
contact him that Monday
before he took me to the
office. On our four o'clock
break that evening on co-worker
came to before I was sent
to the office that Peter were
trying to fire me long before.
He offer the guy name N O
everybody know him by my
job and the guy name Old
school who all so work for
Peter him N O job which who
I trained to be a good material
handler. I've witness Peter
clocking people in that work
under him when late he will
tell them to don't clock in he
will do it and they will be
10, 15, 20, or more late company
policy like a contract you can't
break it a point system I
know. I've witness him telling

page 3

workers don't clock in
same days he will do the time.
I've witness alot of time stealing
from him and alot of employee.
I feel low how he done me
everybody been asking me
do I work there what happen
and I dont even know. People
love me at my job and
I love them and he knew that.
He also knew I was ready
to change shift because he
knew I figured his favorism
out. I put my name on the
list for the shutdown for
both week and only
worked 23 one week and 13
the other cause he say they
didn't have everything to do at
the plant. But people telling
me they worked 40 hours or
better I have three kids
and a man thats very very
ill and HR and Peter know.
I've complaint to HR July 12
with a letter stating my

page 4

past due and my taxes on
my house past due and me
and my family will be out on
the street after Aug. 31, 2017
and I have proof out everything
I'm saying. and I request for
more time to work in the letter
I wrote her. Now I job less
aint nobody tell me Im fired
or nun I know so much that
going on with Peter and other
supervisor, employees thats
costing the company big time.
Everything can be prove by
phone, Kasai camera, and time
clock of alot of time stealing
that can be easily proof my innocent
of being treated unfair and
can be proved just by breaking
alot of company policy with
me and the company. Ive
consult with my references and
they say these are big investorgatic
Ive tried telling HR be all
these broker policy he done
and they shut me out so

page 5

For this supervisor. I've recieve a
Certificate of achievement for L42L
Door trim, Genba Kanri, 5S, and 4 Procedures
from six Ranking managers, including
the plant manager thats when I start seeing
the change in Mr. Peter Meech. I had work
all day that day until another Supervisor
go by the name Faye told me Thomas did
your Supervisor tell you I had a cupcake
and award for I been looking for you.
I told him nope he didn't but I didn't
See nothing wrong with this picture back
then even tho I feel some then cause
I did see my Supervisor all day, and he
aint told me nothing. 2. I was wrote pull
up about three months ago stating
Someone seen me hit a rail and didn't
report it and I was facing losing my
job turned out they say if wasn't nothing.
From Later that night two Supervisor
came at me one goes by the name
Faith, walked up to me and was like
Thomas they ask me bout you hitting
the rail. He stated all he said was
no he didn't and say nothing but
good bout me. The second person

page 6

was a guy name Mark he was a
teamleader on the doorline I worked.
Stated nothing but good bout me
but also stated Mr. Peter Meech
was trying to get me fired how he
talked til this day I still dont
know who told on me. The day
I was wrote up can prove these
asking, even the cameras can
show everything that happen.
Days pasted they had hired bout
four new Forklift Driver who worked
the L42 Doorline, didn't get trained
before get license. These people
recieve there in a week and It
took me almost a month in a
half to get mines. Thats was
another policy I feel he broke as
well. I've witness and report
most of them having alot of accidents
and nothing was talking place bent
almos every rail the doorline and
nothing was taking place. Thats
company policy dont report accident
or if you see one and dont report
your can be wrote up or fired.

page 7

this lead me to do whats right
by letting you know what to
expect before I move for to
my opinion I know that can
proved 100%. Thanks

My contact for more
Into that can be
prooted about compan
policy that were
broken repeatly

My number 601-983-3621
My Mom-601-946-2632

For question #7

page 1

Our return shutdown date was to report back to work on that day. I told HR Ms. Harris why he put my vacation time in for July 10 when I did contact him on that day because I already felt betraded by him how he did me the week before I only worked 13 hours I cant feed my kids with that. ~~business~~ So that day I didnt contact him ~~proper~~ period and he still approved my vacation like he always do. So I wrote HR stating I'm facing my lights and my taxes due on ~~time~~ Aug 31 2017 or me and my family will be on the street. Come Friday the 14 2017 about 5:30 some I contact him stating my mom track line for her lupus wanting stop bleeding so I had to go to her house to help her and I had to go at 6:30 I knew I had pto time left which was 5.25 hour that I could use because I know our company have a point system and I always used my time wisely our payroll system can prove this early.

page 2

Come Monday July 17 2017 when
I come in to work not knowing he
had already plans on getting me
fired. After our two o clock meeting
I walked to him stating my mom
In the doctor and my 13 year old
sister not old enough to stay with
my mom at night and its a lot on
me. After we talk one of our
folklift ~~drivers~~ drivers goes by the
nome Frank Greer walked up 15
20 mins after the meeting. Stating
Mr. Peter after coming in late clock
him in for him and I know he did,
because Peter know if we clock
in at 2:00 or after we are late so
to over ride that he clock them
in so they went get points in
the system to avoid getting fired
for most of his employers I realized
he done like that 100 time I reported
it and nothing done In the post. In
our company policy stating all
these been broken easily by me.
But back on this say day after
I witness this, two hours past

page 3

So Its 4:00 now it break time, me
Frank Greer some employer we sitting
in the parking lot smoking a cigorette
a guy name Old School everybody
know hes one of our folklift driver
told me our "Supervisor Mr. Peter Meech"
was trying to give a guy name N.O.
another folklift driver my job and
trying to get me fired but I had already
felt something aint right, so come
5:00 I was called to the office stating
I fail to report to him Aug 14 2017
when I did I knew then I've been
setup. For one I knew I did, second
I knew I had enough time to cover
my 4 hour but why he didnt use
them and he always do and the system
payroll can prove it easily. HR ask me
twice did I said yes third time I
just no because I knew I been
setup. She told me to leave and
they she told me to leave and they
will get back with with me. The
last time I talk to HR Mrs. Harris
was Aug 20 and she still fail to
hire me so I believe that wrong

page 4

leading me in the wrong direction
when everybody know what Im facing
and this not making no better for me.
So I feel like I was wrongful
mislead and looked over when I did
nothing but good and loyal to Kasai.
I've also go texts in my phone stating
the lines been going down alot now
since Im gone be the guy N.O.
couldn't do the job. Not only that
the HR Ms Harris hired a former
exployer goes by the name James
with he was a teamleader I was
replaced with doing the same job
he was doing but wasnt getting
paid what he was getting paid for
the same job. Not only that he was
fired because he stole an employee
work check and cashed it but they
do me like this its so much I
can prove easily to me policy
broken that like an contract breaking
to me and all I been was loyal to
my boss and Kasai.

EEOC Form 161 (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Thomas L. Pinkston<br>750 Winn Street<br>Jackson, MS 39204 | From: Jackson Area Office<br>100 West Capitol Street<br>Suite 338<br>Jackson, MS 39269 |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 423-2017-02163 | Mildred J. Stuckey,<br>Intake Supervisor | (601) 948-8412 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Wilma Scott,
Director

8-4-17
*(Date Mailed)*

Enclosures(s)

cc: Loreann Harris
Human Resources Manager
KASAI NORTH AMERICA
435 Church Road
Madison, MS 39110

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 423-2017-02163 |

and EEOC

*State or local Agency, if any*

RECEIVED

| Name *(indicate Mr., Ms., Mrs.)*<br>**Mr. Thomas L. Pinkston** | Home Phone *(Incl. Area Code)*<br>JUL 31 2017 | Date of Birth<br>1986 |
|---|---|---|
| Street Address<br>**750 Winn Street, Jackson, MS 39204** | City, State and ZIP Code<br>U.S. EEOC/JAO | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**KASAI NORTH AMERICA** | No. Employees, Members<br>**201 - 500** | Phone No. *(Include Area Code)*<br>**(601) 407-5000** |
|---|---|---|
| Street Address<br>**435 Church Road,  Madison, MS 39110** | City, State and ZIP Code | |
| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest   Latest<br>07-17-2017   07-17-2017<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

**I was hired on July 27, 2016 as a Forklift Operator.  On or about July 17, 2017 I was discharged.**

**I was told I was discharged because I did not report to anyone I was leaving work on July 14, 2017.**

**I believe I have been discharged in retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, in as much as**
   a)   **on July 14th, I had worked four hours before leaving work due to my mother's illness.  I deny leaving without informing a supervisor.  I advised Supervisor Peter Meech (Black) of my need to leave; and**
   b)   **I believe Meech sought to fire me because he knows I witnessed him letting others work their time and overtime.  I also witnessed him clocking some workers in when they were not there on time.  He treated those employees (including Black males) more favorably than me.  He sent me home early every day during the first week stating there was not enough work for me**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 7/26/17       *Thomas Pinkston*<br>Date          *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Jackson Area Office**

Dr. A. H. McCoy Federal Building
100 W. Capitol Street, Suite 338
Jackson, MS  39269
Intake Information Group:  800-669-4000
Intake Information Group TTY:  800-669-6820
Jackson Status Line:  866-408-8075
Jackson Direct Dial: (601) 948-8466
TTY (601) 948-8469
FAX (601) 948-8401
Website:  www.eeoc.gov

Mr. Thomas L. Pinkston
750 Winn Street
Jackson, MS 39204

RE:   Charge No. 423-2017-02163
      Thomas L. Pinkston v. Kasai North America

Dear Mr. Pinkston:

On July 31, 2017, you filed a charge alleging you were discriminated against in violation of the Title VII of the Civil Rights Act of 1964, as amended, in that you were discharged on July 17, 2017 in retaliation.  This letter is provided as notification and explanation as to why the EEOC will not continue its investigation of this matter.

The Respondent's actions regarding your employment do not appear to have been based on protected activity under the statutes we enforce.  In order to establish a violation on the basis of retaliation, the evidence must show in the following order of proof: 1) Charging Party has engaged in protected activity under the statute; 2) Respondent was aware of the involvement of Charging Party in protected activity; 3) Respondent acted to deny a right or a privilege or to harm Charging Party; 4) There was a causal connection between Charging Party's activity and Respondent's action; and 5) Respondent cannot provide a nondiscriminatory reason for the action against Charging Party.  Although you allegedly were discharged and you believe this was due to your having witnessed your Black supervisor letting others work their time and overtime while you were denied the same; there is no evidence or allegation that your discharge was because you complained or opposed (protested) activity protected under the statute.  Furthermore, while you allege retaliation, the Respondent has offered a non-discriminatory reason for its action of discharging you, e.g., "leaving work without permission on July 14, 2017".  You stated this was not true, but the supervisor advised otherwise. You stated your Black supervisor treated the other employees (all Black males like yourself) more favorably.  Based on this analysis, we have concluded that it is unlikely that additional investigation into this matter would result in a finding that the law was violated as you alleged and, therefore, we are recommending this matter be closed.

If you wish to pursue your charge further, you have the right to sue the Respondent named in U. S. District Court within 90 days from the date you receive the Dismissal and Notice of Rights and Information Sheet.  Upon your receipt these documents, please read them carefully.  If you have any questions, please call me at (601) 948-8412.

Sincerely,

EEOC FORM 131 (11/09)

## U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| **Ms. Loreann Harris**<br>**Human Resources Manager**<br>**KASAI NORTH AMERICA**<br>**435 Church Road**<br>**Madison, MS 39110** | **Thomas L. Pinkston** |

| | |
|---|---|
| | THIS PERSON *(check one or both)* |
| | ☐ Claims To Be Aggrieved |
| | ☐ Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>**423-2017-02163** |

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act (Title VII)  ☐ The Equal Pay Act (EPA)  ☐ The Americans with Disabilities Act (ADA)

☐ The Age Discrimination in Employment Act (ADEA)  ☐ The Genetic Information Nondiscrimination Act (GINA)

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. ☐ Please call the EEOC Representative listed below concerning the further handling of this charge.

3. ☐ Please provide by  a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below.  Your response will be placed in the file and considered as we investigate the charge.  A prompt response to this request will make it easier to conclude our investigation.

4. ☐ Please respond fully by  to the enclosed request for information and send your response to the EEOC Representative listed below.  Your response will be placed in the file and considered as we investigate the charge.  A prompt response to this request will make it easier to conclude our investigation.

5. ☐ EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources.  If you would like to participate, please say so on the enclosed form and respond by
   to
   If you <u>DO NOT</u> wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above.  Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| **Mildred J. Stuckey,**<br>**Intake Supervisor** | **Jackson Area Office**<br>**100 West Capitol Street**<br>**Suite 338** |
|---|---|
| *EEOC Representative* | **Jackson, MS 39269** |
| *Telephone*  **(601) 948-8412** | **Fax: (601) 948-8401** |

Enclosure(s): ☐  Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

☐ Race  ☐ Color  ☐ Sex  ☐ Religion  ☐ National Origin  ☐ Age  ☐ Disability  [X] Retaliation  ☐ Genetic Information  ☐ Other

**ISSUES: Discharge**

**DATE(S) (on or about): EARLIEST: 07-17-2017  LATEST: 07-17-2017**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **August 1, 2017** | **Wilma Scott,**<br>**Director** | |

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 423-2017-02163 |
| | and EEOC |

_____ State or local Agency, if any _____

RECEIVED

JUL 31 2017

U.S. EEOC/JAO

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Thomas L. Pinkston | | 1986 |

| Street Address | City, State and ZIP Code |
|---|---|
| 750 Winn Street, Jackson, MS 39204 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| KASAI NORTH AMERICA | 201 - 500 | (601) 407-5000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 435 Church Road,  Madison, MS 39110 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **07-17-2017**   Latest **07-17-2017**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on July 27, 2016 as a Forklift Operator.  On or about July 17, 2017 I was discharged.

I was told I was discharged because I did not report to anyone I was leaving work on July 14, 2017.

I believe I have been discharged in retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, in as much as
a)  on July 14th, I had worked four hours before leaving work due to my mother's illness.  I deny leaving without informing a supervisor.  I advised Supervisor Peter Meech (Black) of my need to leave; and
b)  I believe Meech sought to fire me because he knows I witnessed him letting others work their time and overtime.  I also witnessed him clocking some workers in when they were not there on time.  He treated those employees (including Black males) more favorably than me.  He sent me home early every day during the first week stating there was not enough work for me

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 7/26/17          Thomas Pinkston | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete this entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER,** a charge of employment discrimination must be filed within the time limits imposed by law, within 180 days or in some places within 300 days of the alleged discrimination. When we receive this form, we will review it to determine EEOC coverage. Answer all questions completely, and attach additional pages if needed to complete your responses. If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "N/A." (PLEASE PRINT)

**1. Personal Information**

Last Name: Pinkston   First Name: Thomas   MI: L

Street or Mailing Address: 750 Winn St   Apt or Unit #:

City: Jackson   County: Hinds   State: MS   Zip: 39204

Phone Numbers: Home: (601) 983-8621   Work: ( )

Cell: (601) 946-2632   Email Address:

Date of Birth: 2/27/86   Sex: ☑ Male ☐ Female   Do You Have a Disability? ☐ Yes ☑ No

**Please answer each of the next three questions.** i. Are you Hispanic or Latino? ☐ Yes ☑ No

ii. What is your Race?   Please choose all that apply. ☐ American Indian or Alaskan Native   ☐ Asian   ☐ White
☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii. What is your National Origin (country of origin or ancestry)? USA

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name: Catina Henderson   Relationship: Mother-law

Address: N/A   City: Jackson   State: MS   Zip Code: N/A

Home Phone: (601) 500-8670   Other Phone: ( )

**2. I believe that I was discriminated against by the following organization(s):** (Check those that apply)

☑ Employer  ☐ Union  ☐ Employment Agency  ☑ Other (Please Specify) HR / Ms. Harris

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

Organization Name: Mr Peter / Supervisor

Address: KASAI North America   County: Madison

City: N/A   State: MS Zip: 39110   Phone: (601) 407-5000

Type of Business: Supply Co.   Job Location if different from Org. Address: N/A

Human Resources Director or Owner Name: Ms. Harris   Phone: (601) 407-5000

Number of Employees in the Organization at All Locations: Please Check (✓) One

☐ Fewer Than 15   ☐ 15 – 100   ☐ 101 – 200   ☑ 201 – 500   ☐ More than 500

**3. Your Employment Data** (Complete as many items as you are able.) Are you a federal employee? ☐ Yes ☑ No

Date Hired: July 27, 2016   Job Title At Hire: Forklift Driver

Pay Rate When Hired: 11.00   Last or Current Pay Rate: 11.00

Job Title at Time of Alleged Discrimination: July 17, 2017   Date Quit/Discharged: July 17 2017

Name and Title of Immediate Supervisor: Mr. Peter

If Job Applicant, Date You Applied for Job 6/1/16   Job Title Applied For Forklift Driver

1

**4. What is the reason (basis) for your claim of employment discrimination?**

~~FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to~~ Race. *If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race ☐ Sex ☐ Age ☐ Disability ☐ National Origin ☐ Religion ☐ Retaliation ☐ Pregnancy ☐ Color (typically a difference in skin shade within the same race) ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing   ii. family medical history   iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify:_____

If you checked genetic information, how did the employer obtain the genetic information?_____

_____

Other reason (basis) for discrimination (Explain): _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. *(Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)*

A. Date: 6/26/17-7/7/17 Action: Promised Overtime didn't get it, witness him clocking people in and not on time or clocking them in and not be there and alot more. My Supervisor Mr. Peter Meech
Name and Title of Person(s) Responsible: _____

B. Date: _____ Action: _____

Name and Title of Person(s) Responsible Mr. Peter Meech / Supervisor

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

Space the shutdown 6/26/17-7/7/17 I witness him doing alot of things towards me and all I did was worked hard

**7. What reason(s) were given to you for the acts you consider discriminatory?** By whom? His or Her Job Title?

Its plan and simple when I ask the HR lady Ms Harris that why he did bring me to the office for July 10, 2017

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. | | | |
| | | | |
| B. | | | |
| | | | |

2

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** _____

_____

**B.** _____

_____

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| Full Name | Race, Sex, Age, National Origin, Religion or Disability | Job Title | Description of Treatment |
|---|---|---|---|

**A.** _____

_____

**B.** _____

_____

**Answer questions 9-12 <u>only</u> if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.**

**9.  Please check all that apply:**
    ☐ Yes, I have a disability
    ☐ I do not have a disability now but I did have one
    ☐ No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?  Does this disability prevent or limit you from doing anything?** (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

_____

_____

_____

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**
    ☐ Yes ☐ No
If "Yes," what medication, medical equipment or other assistance do you use?

_____

_____

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**
    ☐ Yes ☐ No

If "Yes," when did you ask? _____ How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

_____

Describe the changes or assistance that you asked for: _____

_____

How did your employer respond to your request? _____

_____

3

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| Full Name | Job Title | Address & Phone Number | What do you believe this person will tell us? |
|---|---|---|---|
| A. | | | |
| B. | | | |

**14. Have you filed a charge previously on this matter with the EEOC or another agency?** ☐ Yes ☒ No

**15. If you filed a complaint with another agency, provide the name of agency and the date of filing:** _____

**16. Have you sought help about this situation from a union, an attorney, or any other source?** ☐ Yes ☐ No
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

_____

**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.** If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights.** If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. **If you want to file a charge, you should check Box 2.**

**BOX 1** ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. I also understand that I could lose my rights if I do not file a charge in time.

**BOX 2** ☐ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name. I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination.

_____                    July 26, 2017
Signature                                              Today's Date

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1) FORM NUMBER/TITLE/DATE. EEOC Intake Questionnaire (9/20/08). 2) AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a)

3) PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge. 4) ROUTINE USES. EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters. 5) WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. Providing this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

November 2009

4

JTB

# CHARGE QUESTIONNAIRE

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on back before completing this form.

EEOC Use Only          Name (Intake Officer)

423-2017-02163

Please answer the following questions, telling us briefly why you believe you have been discriminated against in employment. An officer of the EEOC will talk with you after you complete this form.

Date of Birth   02 - 27 - 1986

NAME   Thomas L Pinkston   (Please Print)
(First)          (Middle Name or Initial)          (Last)

DATE   7-24-2017

ADDRESS   2427 750 Winn St
TELEPHONE NO. (Include area code)   601-983-8621

CITY   Jackson   STATE   MS   ZIP   39204   COUNTY   Hinds

Please provide the name of an individual at a different address in your local area who would know how to reach you.

NAME   Vanessa Pinkston   RELATIONSHIP   Mom   PHONE   601-946-2632

ADDRESS   144 Melrose Dr   CITY   Jackson   STATE   MS   ZIP   39211

I believe I was discriminated against by: (Check those that apply)

[✓] EMPLOYER   [ ] UNION (Give Local No.)   [✓] EMPLOYMENT AGENCY   [ ] OTHER (Specify)

APPROX NO. EMPLOYED BY THIS EMPLOYER _____

Employer   Kasai North America INC
ADDRESS   435 Church RD
CITY, STATE, ZIP   Madison Ms 39110

Employer
ADDRESS

**RECEIVED**
**JUL 24 2017**
**U.S. EEOC/JAO**

CITY, STATE, ZIP

If you checked "Employer" above, are you now employed by the Employer that you believed discriminated against you?

YES: From 4/1/17 (Date) forklift operator (position)
forklift operator (current position) on _____

NO: I applied for _____ (position)
on _____ (Date)

OR: I was employed as forklift operator (position)
until 7/27/16 (date)   I was 7/17/17 (laid off, fired, etc.)

What action was taken against you that you believe to be discriminatory? What harm, if any, was caused to you or others in your work situation as a result of that action? (If more space is required, use reverse.)

I was ask to leave my job after my manager reported I've left work without him knowing but I did so. On Friday the 14th day of July I was called my mom very sick I worked 4 hours before I got the call bout my mom illness. I contact my boss and Monday I were called to the office for a meeting. After speaking with HR about the situation they told me to leave and they will get back with me. I have proof and everything about the situation thanks,

WHAT WAS THE MOST RECENT DATE THE HARM YOU ALLEGED TOOK PLACE?   July, 17, 2017

EEOC Form L93 (10-94)

Why do you believe this action was taken against you?

My manager became acting funny towards me doing Nissan Shutdown. It all start when we as employees at the plant wasn't paid for the shutdown for two weeks. We were offered to work ten hours a day, doing the shutdown. When I talked to him they changed. After we started and everyday doing the first week it shutdown he told me to leave early or its not enough work for me. But I witness him letting other get the time and even overtime he lied to me. The person I trained to me his check was lesum and he told Know what I did to get that much. I witness him giving people time and even clocking them in when late like they were on time that stealing time and I can't do about it

Normally, your identity as a complainant will be disclosed to the organization which allegedly discriminated against you.

Do you  [✓] consent or  [ ] not consent  to such disclosures?

Have you sought assistance about the action you think was discriminatory from any agency, from your union, an attorney, or from any other source?  [ ] No  [✓] Yes  (If answer is yes, complete below.)

NAME OF SOURCE ASSISTANCE  Morgan and Morgan  DATE 7/21/17

RESULTS IF ANY:  On going

Have you filed a complaint about the action you think was discriminatory with any other Federal, State, or Local Government Anti-discrimination agency?  [✓] No  [ ] Yes  (If answer is yes, complete below.)

NAME OF SOURCE ASSISTANCE _____  DATE _____

RESULTS IF ANY: _____

Have you filed an EEOC Charge in the past?  [✓] No  [ ] Yes  (If answer is yes, complete below)

APPROX. DATE FILED | ORGANIZATION CHARGED | CHARGE NUMBER (IF KNOWN)

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE _____  DATE 7-24-17

PRIVACY ACT STATEMENT: This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:

1. FORM NUMBER/TITLE/DATE. EEOC Form 283, Charge Questionnaire (12/93).

2. AUTHORITY. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626, 42 U.S.C. 12117(a)

3. PRINCIPAL PURPOSE. The purpose of this questionnaire is to solicit information in an acceptable form consistent with statutory requirements to enable the Commission to act on matters within its jurisdiction. When this form constitutes the only timely written statement of allegations of employment discrimination, the Commission will, consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(b), consider it to be a sufficient charge of discrimination under the relevant statute(s).

4. ROUTINE USES. Information provided on this form will be used by Commission employees to determine the existence of facts relevant to a decision as to whether the Commission has jurisdiction over allegations of employment discrimination and to provide such charge filing counseling as is appropriate. Information provided on this form may be disclosed to other State, local and federal agencies as may be appropriate or necessary for carrying out the Commission's functions. Information may also be disclosed to charging parties in consideration of or in connection with litigation.

5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION. The providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge of discrimination. It is not mandatory that this form be used to provide the requested information.